USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 4 2014

July 11, 2014

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Thomas Jefferson Kent**
       S5 13 Cr. 571 (KBF)

Your Honor:

     Mr. Kent is scheduled to be sentenced by the Court on July 25, 2014 at 2 p.m. For the following reasons, I am requesting that the sentence for Mr. Kent be adjourned for approximately 10 days.

     I was on vacation from June 27, 2014 to July 10, 2014. Upon my return to work today, I intended to file my sentencing submission for Mr. Kent. However, I learned from United States Probation Officer Kisha Singleton that Mr. Kent's financial affidavit (which he submitted while I was on vacation) requires some clarification and additional information. I have not yet been able to reach Mr. Kent to discuss this matter with him, although I have left him several telephone messages.

     I apologize for having to request an adjournment of the sentencing at such a late date. Nonetheless, a short adjournment of the sentence will permit Mr. Kent to provide the Probation Office with the requested information and will provide the Court with a more accurate picture of Mr. Kent's financial situation.

Honorable Katherine B. Forrest  July 11, 2014
United States District Judge  Page 2
Southern District of New York

**Re:** **United States v. Thomas Jefferson Kent**
     S5 13 Cr. 571 (KBF)

The government does not object to this request for an adjournment.[1]

Thank you very much for consideration of this request.

Respectfully submitted,

Mark B. Gombiner
Attorney for Thomas J. Kent

cc: A.U.S.A. Paul Monteleoni
    U.S.P.O. Kisha C. Singleton

> Ordered
>
> Sentencing date shall not be adjourned (there is plenty of time to accomplish the task counsel references), but the time is rescheduled to 9 a.m. We will need to start promptly at 9 a.m.
>
> K. B. Forrest
> USDJ
> 7/14/14

---

[1] If the Court does not grant the request for the adjournment, the government requests that the sentencing be held either earlier in the day or later in the afternoon because of a scheduling conflict.